July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER JAMES STARKS, Appellant

NO. 14-11-00848-CR                    V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

     We further order this decision certified below for observance.



# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-11-00848-CR

Christopher James Starks, Appellant

v.

The State of Texas, Appellee

Appealed from the 174th District Court of Harris County. (Tr. Ct. No. 1294911). Memorandum Opinion delivered by Justice McCally. Justices Frost and Busby also participating.

**TO THE 174TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 10, 2012, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Adele Hedges, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston,                    .

CHRISTOPHER A. PRINE, Clerk